IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MENDAKOTA INSURANCE COMPANY**,

**Plaintiff,**

**v.**

**FRED HEBBLETHWAITE,**

**Defendant.**                                              **No. 09-0412-DRH**

## DEFAULT JUDGMENT

**HERNDON, Chief Judge:**

On May 29, 2009, Mendakota Insurance Company filed a complaint for declaratory judgment against Fred Hebblethwaite (Doc. 2). A review of the file indicates that Hebblethwaite was properly served on October 2, 2009 (Doc. 7). Hebblethwaite's answer was due on October 22, 2009. On November 4, 2009, the Clerk of the Court's Entry of Default was filed as Hebblethwaite failed to answer the complaint (Doc. 9). On November 4, 2009, Plaintiff filed a motion for default judgment (Doc. 10). As of this date, Hebblethwaite has not responded to the motion.

Based on the reasons stated in the motion, the Court **GRANTS** the motion for default judgment. The Court **ENTERS** Default Judgment in favor of Mendakota Insurance Company and against Fred Hebblethwaite. Further, the Court

**DECLARES** that Mendakota Insurance Company has no obligation to defend or indemnify Fred Hebblethwaite under policy MT0042707 for the accident occurring on or about November 9, 2006.

  **IT IS SO ORDERED.**

  Signed this 22nd day of November, 2009.

          /s/  David R Herndon

          **Chief Judge**
          **United States District Court**